UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DORIAN MCBRIDE,

      Plaintiffs,

v.

Case No.: 26-cv-61621-AHS

GOODWILL INDUSTRIES OF
SOUTH FLORIDA INC., REYNA
ELIZABETH MARTINEZ CHAVEZ,
HUGO MATIZ, JESUS CUBA, and
JESSICA CARDENAS,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

THIS MATTER is before the Court on Defendants' Partially Unopposed Motion for Extension of Time for All Defendants to Respond to Plaintiff's Amended Complaint, filed on June 18, 2026 (the "Motion"). The Court has reviewed the Motion and is otherwise fully advised in this matter.

Accordingly, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Defendants' Motion is **GRANTED**.

2. Defendants Goodwill Industries of South Florida, Inc., Reyna Elizabeth Martinez Chavez, Hugo Matiz, Jesus Cuba, and Jessica Cardenas deadline to respond to Plaintiff's Amended Complaint is extended to July 2, 2026.

**DONE AND ORDERED** this ___ day of _____, 2026, in Chambers of the United States District Court for the Southern District of Florida.

_____
The Honorable Raag Singhal
United States District Judge